**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-7050

GLENN A. FROEMAN,

Petitioner - Appellant,

versus

WARDEN, Baltimore County Detention Center,
Towson; J. JOSEPH CURRAN, JR., Attorney Gen-
eral of the State of Maryland; LILA NOBEL,
Division of Parole and Probation; W. ROLAND
KNAPP, Director,

Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-96-
559-L)

Submitted: August 13, 1996      Decided: August 30, 1996

Before HALL, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Glenn A. Froeman, Appellant Pro Se. John Joseph Curran, Jr., At-
torney General, Tarra R. DeShields-Minnis, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Froeman appeals from the district court's marginal order denying his motion for injunctive relief. We dismiss.

The district court properly denied injunctive relief. Federal courts may not award declaratory or injunctive relief that would affect pending state criminal proceedings absent extraordinary circumstances involving federally protected rights. <u>Younger v. Harris</u>, 401 U.S. 37, 41 (1971). The record shows that Froeman was still seeking relief in the state appellate courts when the district court denied his motions for injunctive relief. <u>See</u> <u>Huffman v. Pursue, Ltd.</u>, 420 U.S. 592, 608 (1975). Furthermore, there are no extenuating circumstances in this case entitling Froeman to injunctive relief.

We deny a certificate of appealability and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2